# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**FRANK A. DOLEZAL,**

    Plaintiff,

    V.    CASE NUMBER: **06-C-808**

**CITY OF WAUKESHA,**

    Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that plaintiff's petition to proceed *in forma pauperis* is DENIED.**

**Plaintiff's complaint is frivolous in part and fails to state a claim, in part.**

**This action is hereby DISMISSED WITH PREJUDICE.**

| | |
|---|---|
| **November 8, 2006** | |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |